# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

ISAAC BUSSEY,

        Plaintiff,

    v.

JEFFREY D. BUNCH; A&J TRUCKING OF
ALASKA, LLC; and BERKSHIRE
HATHAWAY HOMESTATE INSURANCE
COMPANY,

        Defendants.

CIVIL ACTION NO.: 4:18-cv-179

## O R D E R

Presently before the Court is the parties' Stipulation of Dismissal With Prejudice filed on May 1, 2019. (Doc. 35.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby **DISMISSES** this case **WITH PREJUDICE**. The Clerk shall **TERMINATE** all motions and deadlines and **CLOSE** this case.

**SO ORDERED**, this 7th day of May, 2019.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA